■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIANA M. FLINN, Appellant. (Appeal No. 2.) [937 NYS2d 914]—

Same memorandum as in *People v Flinn* (92 AD3d 1217 [2012]). Present—Centra, J.P., Fahey, Peradotto, Carni and Martoche, JJ.